Peter Karanjia (admitted *pro hac vice*)
Geoffrey S. Brounell (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006

Suzanne K. Toller (CA State Bar No. 129903)
Martin L. Fineman (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111

*Attorneys for Plaintiff*

Arocles Aguilar (CA State Bar No. 94753)
Helen M. Mickiewicz (CA State Bar No. 123184)
Jonathan C. Koltz (CA State Bar No. 268793)
Enrique Gallardo (CA State Bar No. 191670)
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, California 94102

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| METROPCS CALIFORNIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL PICKER, President of the California Public Utilities Commission, in his official capacity; MARTHA GUZMAN ACEVES, Commissioner of the California Public Utilities Commission, in her official capacity; CARLA J. PETERMAN, Commissioner of the California Public Utilities Commission, in her official capacity; LIANE M. RANDOLPH, Commissioner of the California Public Utilities Commission, in her official capacity; CLIFFORD RECHTSCHAFFEN, Commissioner of the California Public Utilities Commission, in his official capacity,<br><br>Defendants. | Case No. 3:17-cv-05959-SI<br><br>**JOINT [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND ISSUING A DECLARATION AND PERMANENT INJUNCTION**<br><br>Date:  August 3, 2018<br>Time:  10:00 a.m.<br>Place:  Courtroom 1, 17th Floor<br><br>Before the Honorable Susan Illston<br><br>Complaint Filed:  Oct. 17, 2017<br><br>Second Am. Complaint Filed: Jan. 19, 2018 |

Now before the Court are Plaintiff MetroPCS California, LLC's ("MetroPCS") and Defendants the Commissioners of the California Public Utilities Commission's (collectively, the "CPUC") cross-motions for summary judgment. Upon consideration of the papers filed in support of and in opposition to the motions, the pleadings and records on file in this action, as well as the oral argument heard on August 3, 2018, and good cause having been shown, **IT IS HEREBY ORDERED** that:

1. MetroPCS's motion for summary judgment is **GRANTED**.
2. The CPUC's motion for summary judgment is **DENIED**.
3. The Court hereby **DECLARES** that, for the reasons set forth in the Court's Order re: Cross Motions for Summary Judgment, dated November 5, 2018 (Dkt. No. 88) ("Summary Judgment Order"): (a) the California Prepaid Mobile Telephony Services Surcharge Collection Act (enacted by Assembly Bill No. 1717, Chapter 885, Statutes 2014, Perea) (the "Prepaid Collection Act"), in its entirety, conflicts with federal law and therefore is preempted and unconstitutional; and (b) Resolution T-17542, Resolution T-17568, and Resolution T-17579 (collectively, the "Contested Resolutions") implementing the Prepaid Collection Act conflict with federal law and therefore are preempted and unconstitutional.
4. The Court hereby **ENJOINS** the CPUC and any other state agency or authority or local jurisdiction in California from enforcing the Prepaid Collection Act and/or any of the CPUC resolutions or orders implementing the Prepaid Collection Act, including but not limited to the Contested Resolutions.
5. The Clerk is directed to enter judgment in favor of MetroPCS and against the CPUC.

        Approved as to form.

        DAVIS WRIGHT TREMAINE LLP

        By:   */s/ Peter Karanjia*

          Peter Karanjia (admitted *pro hac vice*)

          Attorneys for MetroPCS

1

JOINT [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND ISSUING A DECLARATION AND PERMANENT INJUNCTION
*MetroPCS v. Picker, et al.*, Case No. 3:17-cv-05959-SI

CALIFORNIA PUBLIC UTILITIES COMMISSION, LEGAL DIVISION

By:  */s/ Enrique Gallardo*

Enrique Gallardo (CA State Bar No. 191670)

Attorneys for the CPUC

**IT IS SO ORDERED.**

Dated: 11/15/18

_____
The Honorable Susan Illston
United States District Judge

JOINT [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND ISSUING A DECLARATION AND PERMANENT INJUNCTION
*MetroPCS v. Picker, et al.*, Case No. 3:17-cv-05959-SI