Peter Karanjia (admitted *pro hac vice*)
Geoffrey S. Brounell (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006

Suzanne K. Toller (CA State Bar No. 129903)
Martin L. Fineman (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| METROPCS CALIFORNIA, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>MICHAEL PICKER, President of the California Public Utilities Commission, in his official capacity; MARTHA GUZMAN ACEVES, Commissioner of the California Public Utilities Commission, in her official capacity; CARLA J. PETERMAN, Commissioner of the California Public Utilities Commission, in her official capacity; LIANE M. RANDOLPH, Commissioner of the California Public Utilities Commission, in her official capacity; CLIFFORD RECHTSCHAFFEN, Commissioner of the California Public Utilities Commission, in his official capacity,<br><br>                    Defendants. | Case No. 3:17-cv-05959-SI<br><br>**METROPCS CALIFORNIA, LLC'S [PROPOSED] JUDGMENT**<br><br>Date:   August 3, 2018<br>Time:  10:00 a.m.<br>Place:  Courtroom 1, 17th Floor<br><br>Before the Honorable Susan Illston<br><br>Complaint Filed: Oct. 17, 2017<br><br>Second Am. Complaint Filed: Jan. 19, 2018 |

1  The Court, having granted summary judgment in favor of Plaintiff MetroPCS California, LLC and against Defendants Michael Picker, President of the California Public Utilities Commission, in his official capacity; Martha Guzman Aceves, Commissioner of the California Public Utilities Commission, in her official capacity; Carla J. Peterman, Commissioner of the California Public Utilities Commission, in her official capacity; Liane M. Randolph, Commissioner of the California Public Utilities Commission, in her official capacity; and Clifford Rechtschaffen, Commissioner of the California Public Utilities Commission, in his official capacity,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is hereby entered in favor of Plaintiff MetroPCS California, LLC ("MetroPCS") and against Defendants Michael Picker, President of the California Public Utilities Commission, in his official capacity; Martha Guzman Aceves, Commissioner of the California Public Utilities Commission, in her official capacity; Carla J. Peterman, Commissioner of the California Public Utilities Commission, in her official capacity; Liane M. Randolph, Commissioner of the California Public Utilities Commission, in her official capacity; and Clifford Rechtschaffen, Commissioner of the California Public Utilities Commission, in his official capacity (collectively, "CPUC").

2. The Court hereby **DECLARES** that, for the reasons set forth in the Court's Order re Cross Motions for Summary Judgment, dated November 5, 2018 (Dkt. No. 88) ("Summary Judgment Order"): (a) the California Prepaid Mobile Telephony Services Surcharge Collection Act (enacted by Assembly Bill No. 1717, Chapter 885, Statutes 2014, Perea) (the "Prepaid Collection Act"), in its entirety, conflicts with federal law and therefore is preempted and unconstitutional; and (b) Resolution T-17542, Resolution T-17568, and Resolution T-17579 (collectively, the "Contested Resolutions") implementing the Prepaid Collection Act conflict with federal law and therefore are preempted and unconstitutional.

3. The Court hereby **ENJOINS** the CPUC and any other state agency or authority or local jurisdiction in California from enforcing the Prepaid Collection Act and/or any of the CPUC

1  resolutions or orders implementing the Prepaid Collection Act, including but not limited to the
2  Contested Resolutions.
3       4.   MetroPCS shall recover its costs from the CPUC pursuant to Fed. R. Civ. P. 54(d).(1).

5  **IT IS SO ORDERED.**
6  Dated: 11/15/18

_____
The Honorable Susan Illston
United States District Judge