UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUL 18 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| METROPCS CALIFORNIA, LLC, | No.    18-17382 |
| Plaintiff-Appellee, | D.C. No. 3:17-cv-05959-SI |
| v. | Northern District of California, San Francisco |
| MICHAEL PICKER; et al., | ORDER |
| Defendants-Appellants. | |

Before:  Peter L. Shaw, Appellate Commissioner.

Appellee's unopposed motion (Docket Entry No. 19) to file the unredacted answering brief and Volume 2 of the supplemental excerpts of record under seal is granted.  The Clerk shall publicly file the motion and accompanying declarations and Volume 1 of the supplemental excerpts of record, and shall file the unredacted answering brief and Volume 2 under seal.

Within 7 days after the date of this order, appellee shall submit for public filing a redacted version of the answering brief and the sealed volume.

The optional reply brief remains due within 21 days after service of the answering brief.

SVG/Sealed Documents