Peter Karanjia (admitted *pro hac vice*)
Joy Kim (CA State Bar No. 294841)
DLA PIPER LLP (US)
500 8th Street, NW
Washington, D.C. 20004
Telephone: (202) 799-4135
Facsimile: (202) 799-5000
Email: peter.karanjia@dlapiper.com
       joy.kim@dlapiper.com

Martin L. Fineman (CA State Bar No. 104413)
Geoffrey S. Brounell (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com
       geoffreybrounell@dwt.com

Attorneys for Plaintiff
MetroPCS California, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| METROPCS CALIFORNIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARYBEL BATJER, President of the California Public Utilities Commission, in her official capacity; MARTHA GUZMAN ACEVES, Commissioner of the California Public Utilities Commission, in her official capacity; GENEVIEVE SHIROMA, Commissioner of the California Public Utilities Commission, in her official capacity; LIANE M. RANDOLPH, Commissioner of the California Public Utilities Commission, in her official capacity; CLIFFORD RECHTSCHAFFEN, Commissioner of the California Public Utilities Commission, in his official capacity,<br><br>Defendants. | CASE NO. 3:17-cv-05959-SI<br><br>[PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>N.D. L. Rule 79-5(d)(1)(A) and 79-5(e)(1)<br><br>Date: April 16, 2021<br>Time: 10:00 a.m.<br>Place: Courtroom 1, 17th Floor<br><br>Before the Honorable Susan Illston<br><br>Complaint Filed: Oct. 17, 2017<br><br>Second Am. Complaint Filed: Jan. 19, 2018. |

Now before the Court is MetroPCS California, LLC's ("MetroPCS's") Administrative Motion to File Under Seal unredacted versions of documents submitted in connection with its Motion for Summary Judgment and for a Permanent Injunction, which contain confidential and proprietary trade secrets information, and to maintain on the public docket redacted versions of the same documents (i.e., with the limited confidential and proprietary trade secrets information identified below redacted).

Upon consideration of the Motion and the supporting Declarations of John Barnes and Peter Karanjia filed therewith, the Court finds there to be good cause for granting MetroPCS's request to maintain the designated confidential and proprietary trade secrets information contained in the material as confidential and under seal.

GOOD CAUSE having been shown, the Court finds that:

1. MetroPCS and the relevant third-party prepaid wireless service providers (the "prepaid carriers") whose confidential information is contained in the foregoing documents possess confidentiality interests that overcome the presumptive right of public access to records of judicial proceedings to the following limited materials redacted from the public file: Exhibits 15, 16, 17, and 20 to the Declaration of Peter Karanjia in Support of MetroPCS's Motion for Summary Judgment and for a Permanent Injunction ("Karanjia Summary Judgment Declaration"), and the following limited material identified below:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Motion at page 12, line 24 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 14, line 5 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 20, line 19 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 20, n.6 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-86 | |
| Motion at page 21, lines 6-15 | Barnes Declaration in support | |

1

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| (2017 Surcharge Table) | of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 21, lines 16-17 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 21, lines 19-21 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 21, line 24 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 23, lines 3-4, 6 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 24, line 1 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 24, lines 8-18 (2018 Surcharge Table) | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 24, lines 21-24 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 24, n.10 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 25, lines 2-3 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 25, line 5 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 25, line 9-10 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 25, n.12 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 29, lines 21-23 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 30, lines 2-4 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Motion at page 30, lines 15-16 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 30, line 19 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 30, line 21 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 30, n.15 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 30, n.16 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 7-8 | |
| Motion at page 33, lines 7-9 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Motion at page 33, line 12 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Motion at page 33, lines 17-18 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Motion at page 33, n.17 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Motion at page 34, lines 1, 3 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Motion at page 34, line 26 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Motion at page 35, line 9 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Motion at page 35, line 11 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| First Barnes Declaration at page 2, line 6 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶ 5 | |
| First Barnes Declaration at page 4, lines 16-19; 21 | Barnes Declaration in support of Administrative Motion to | |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| | File Under Seal ¶¶ 5-6 | |
| First Barnes Declaration at page 5, line 6 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-6 | |
| First Barnes Declaration at page 5, lines 7-8; 10-11; 13 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-6 | |
| First Barnes Declaration at page 5, lines 14-16; 19; 22; 27-28 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-6 | |
| First Barnes Declaration at page 7, lines 3; 9; 13 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶ 5 | |
| First Barnes Declaration Ex. 1 Bundle Allocation Methodology Memorandum; Appendix 1; Appendix 5 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-6 | |
| Second Barnes Declaration at page 2, line 9 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶ 5 | |
| Second Barnes Declaration at page 5, line 20 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at page 6, lines 9, 11 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at page 6, line 17 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at page 6, line 19 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at pages 6-7, lines 21-2 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at page 7, lines 4-5 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at page 7, lines 12-21 (2017 Surcharge Table) | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at page 8, line 10 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Second Barnes Declaration at page 9 n.9 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at page 10, lines 18-20 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at page 11, lines 9-10, 12-14 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at pages 11-12, lines 20-6 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration n.11 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at page 13, lines 20-21, 23 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at page 14, lines 20-21 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at pages 14-15, lines 24-1 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration n.15 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at page 15, lines 11-13 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at page 15, line 15 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration n.16 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration n.17 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at page 16, lines 13-14 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at page 16, line 17 | Barnes Declaration in support of Administrative Motion to | |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| | File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at page 16, line 19 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration n.18 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration n.19 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration at page 17, lines 2-4 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration n.20 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration n.21 | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Second Barnes Declaration Exs. A-E | Barnes Declaration in support of Administrative Motion to File Under Seal ¶¶ 5, 7-8 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 96, lines 14-15 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 97, lines 7-8 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 107, line 2 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 108, lines 13-14 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 108, lines 16-18 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition | Karanjia Declaration in support of Administrative Motion to | |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Transcript Excerpts) at page 109, lines 11-12 | File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 109, lines 21-24 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 118, line 5 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 118, line 10 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 118, line 22 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 118, line 22 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 119, lines 2-5 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 119, lines 12-17 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 119, line 21 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 119, line 24 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 120, line 1 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition | Karanjia Declaration in support of Administrative Motion to | |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Transcript Excerpts) at page 120, line 4 | File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 120, lines 10-11 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 120, lines 15-17 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 120, line 21 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 123, line 19 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 123, line 21 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 124, line 4 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 124, line 8 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 124, line 13 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 124, line 17 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition Transcript Excerpts) at page 124, line 19 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 8 (Van Wambeke Deposition | Karanjia Declaration in support of Administrative Motion to | |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Transcript Excerpts) at page 125, lines 14-15 | File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 54, lines 3-4 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 54, line 13 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 54, lines 17-18 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 55, line 5 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 55, line 5 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 55, lines 7-8 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 55, lines 18-19 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 55, lines 21-22 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 56, lines 7-8 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 56, lines 10-11 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition | Karanjia Declaration in support of Administrative Motion to | |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Transcript Excerpts) at page 56, lines 24-25 | File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 57, line 2 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 111, lines 5-7 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 111, line 9 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 111, line 17 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 111, line 19 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 112, line 24 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 113, line 2 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 113, line 12 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 113, line 18 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 118, lines 1-2 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition | Karanjia Declaration in support of Administrative Motion to | |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Transcript Excerpts) at page 118, line 12 | File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 120, lines 13-14 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 121, line 3 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 121, line 6 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 9 (Enriquez Deposition Transcript Excerpts) at page 121, line 8 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 10 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 11 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 12 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 13 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 15 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 16 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |
| Karanjia Declaration Ex. 17 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Karanjia Declaration Ex. 20 | Karanjia Declaration in support of Administrative Motion to File Under Seal ¶¶ 5-7 | |

    2.    MetroPCS's and the third-party prepaid carriers' confidentiality interests support sealing the identified material;

    3.    A substantial probability exists that MetroPCS's and the prepaid carriers' overriding confidentiality interests will be prejudiced if the record is not sealed;

    4.    The proposed sealing is narrowly tailored; and

    5.    No less restrictive means exist to achieve this overriding interest.

**IT IS HEREBY ORDERED**, that MetroPCS's request to file under seal certain information submitted in connection with its Motion for Summary Judgment and for a Permanent Injunction and to maintain on the public docket a redacted version of the same material (i.e., with the limited confidential and proprietary trade secrets information identified above redacted) is **GRANTED** in its entirety.

**IT IS SO ORDERED.**

Dated: December 7 , 2020

_____
The Honorable Susan Illston