AROCLES AGUILAR (SBN 94753)
HELEN M. MICKIEWICZ (SBN 123184)
ENRIQUE GALLARDO (SBN 191670)
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA 94102
Telephone:   (415) 703-1420
Facsimile:    (415) 703-2262
Email:         Enrique.gallardo@cpuc.ca.gov

*Attorneys for Defendants Marybel Batjer, Martha Guzman Aceves, Genevieve Shiroma, Darcie Houck, and Clifford Rechtschaffen, in their official capacities as Commissioners of the Public Utilities Commission of the State of California*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| METROPCS CALIFORNIA, LLC,<br><br>                 Plaintiff,<br><br>      vs.<br><br>MARYBEL BATJER, et al.,<br><br>                 Defendants. | Case No.: 3:17-cv-05959-SI<br><br>**DEFENDANTS' MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF LEAD COUNSEL**<br><br>N.D. Cal. L. Rules 7-11 and 11-5 |

1  Pursuant to Civil L.R. 7-11 and 11-5, Defendants Marybel Batjer, Commissioner and
2  President of the California Public Utilities Commission, Darcie Houck, Martha Guzman
3  Aceves, Clifford Rechtschaffen, and Genevieve Shiroma, Commissioners of the California
4  Public Utilities Commission (collectively, "Defendants" or the "CPUC") respectfully moves the
5  Court for an order permitting the withdraw as counsel of record, Jonathan Creekmore Koltz, of
6  the CPUC's Legal Division, and replacing him as lead counsel with Enrique Vera Gallardo, of
7  the CPUC's Legal Division.  Mr. Gallardo is already an attorney to be noticed in this case,
8  representing the CPUC.
9  Jonathan Creekmore Koltz consents to such withdrawal and substitution of counsel.
10 This motion is not made for purposes of delay or any other improper purpose.
11 Accordingly, Defendant CPUC respectfully requests that the Court enter an order
12 reflecting this change, and that all necessary changes be made to the Court's records and ECF,
13 and that all future communications be directed to the following:

> Enrique Vera Gallardo
> California Public Utilities Commission
> Legal Division
> 505 Van Ness Ave
> San Francisco, CA 94102
> 415-703-1420
> Fax: 415-703-2262
> Email: enrique.gallardo@cpuc.ca.gov

///

///

---

DEFENDANTS' MOTION AND [PROPOSED] ORDER PERMITTING SUBSTITUTION OF LEAD COUNSEL
3:17-cv-05959-SI

365298728                                   1

1   WHEREFORE, the CPUC respectfully requests this Court enter its Order permitting withdrawal and substitution of lead counsel for Defandant CPUC, and update the Court's ECF system for this case by removing Jonathan Creekmore Koltz as counsel of record and substituting Enrique Vera Gallardo in his place as lead counsel of record for the CPUC.

Dated:  February 11, 2021

By:  /s/   Jonathan C. Koltz
         Jonathan C. Koltz

         Attorney for Defendant
         California Public Utilities Commission

By:  /s/   Enrique Gallardo
         Enrique Gallardo

         Attorney for Defendant
         California Public Utilities Commission

# [~~PROPOSED~~] ORDER

Having reviewed and considered Defendant CPUC's Motion for Order Permitting Withdrawal and Substitution of Lead Counsel, and good cause appearing, the Court hereby orders that Jonathan Creekmore Koltz, of the CPUC's Legal Division be permitted to withdraw as counsel of record, and Enrique Vera Gallardo, of the CPUC's Legal Division may appear as substitute lead counsel for Defendant CPUC. The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

Dated: __March 5, 2021__, 2021

By: _____
The Honorable Susan Illston
United States District Judge