UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPCS CALIFORNIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GENEVIEVE SHIROMA, et al.,<br><br>Defendants. | Case No. 17-cv-05959-JD (TSH)<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned to another magistrate judge for settlement.

**IT IS SO ORDERED.**

Dated: March 3, 2023

THOMAS S. HIXSON
United States Magistrate Judge