Peter Karanjia (admitted *pro hac vice*)
DLA PIPER LLP (US)
500 8th Street, NW
Washington, D.C. 20004
Telephone: (202) 799-4135
Email: peter.karanjia@dlapiper.com

Melanie Walker (CA State Bar No. 336994)
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067
Telephone: (312) 368-4000
Email: melanie.walker@dlapiper.com

Martin L. Fineman (CA State Bar No. 104413)
Geoffrey S. Brounell (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Email: martinfineman@dwt.com
geoffreybrounell@dwt.com

Attorneys for Plaintiff MetroPCS California, LLC

Christine J. Hammond (CA State Bar No. 206768)
Jonathan C. Koltz (CA State Bar No. 268793)
Enrique Gallardo (CA State Bar No. 191670)
David W. Fermino (CA State Bar No. 154131)
California Public Utilities Commission, Legal Division
505 Van Ness Avenue
San Francisco, California 94102-6533
E-mail: enrique.gallardo@cpuc.ca.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| METROPCS CALIFORNIA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALICE REYNOLDS, President of the California Public Utilities Commission, in her official capacity, et al.,<br><br>　　　　　Defendants. | Case No. 3:17-cv-05959-JD<br><br>**JOINT STATEMENT PURSUANT TO MARCH 2, 2023 ORDER** |

1

As directed by the Court at the March 2, 2023 case management conference, Plaintiff MetroPCS California, LLC ("MetroPCS") and Defendants Alice Reynolds, President and Commissioner of the California Public Utilities Commission, Genevieve Shiroma, Darcie Houck, John Reynolds, and Karen Douglas, Commissioners of the California Public Utilities Commission (collectively, "Defendants" or the "CPUC"), met and conferred with respect to the need for a bench trial. The parties agree that there is no genuine dispute of material facts and respectfully submit a plan for summary judgment, with the understanding that the Court will keep the May 30, 2023 date for a bench trial in the event the Court concludes that disputed factual questions prevent adjudication on summary judgment.

**1. Proposed Briefing Schedule**

The parties propose the following schedule:

1) Plaintiff will move for summary judgment on **March 21, 2023**.
2) Defendants will file a cross-motion for summary judgment jointly with their response to Plaintiff's motion on **April 7, 2023**.
3) Plaintiff will file a joint response to Defendants' cross-motion and reply in further support of Plaintiff's motion on **April 18, 2023**.

The parties request a filing date of March 21, 2023—a few additional days than what the Court indicated in its March 2, 2023 order—to accommodate counsel's scheduling conflicts, including a preliminary injunction hearing involving the same parties before Magistrate Judge Laurel Beeler on March 16, 2023 in *Assurance Wireless USA, L.P. et al. v. Reynolds et al.*, No. 3:23-cv-00483.

**2. Proposed Page Limits for Briefs**

The parties request the following page limits for the memoranda of law: (1) 30 pages for Plaintiff's moving brief in support of its motion; (2) 30 pages for Defendants' single brief in support of Defendants' cross-motion and opposition to Plaintiff's motion; and (3) 20 pages for Plaintiff's single brief in support of Plaintiff's opposition to Defendants' cross-motion and reply in further support of its motion. The proposed briefing length is less than the last round of summary judgment motion briefing, where the Court permitted 40 pages for moving and opposition briefs

and 35 pages for reply briefs. In seeking the requested page limits, the parties considered the need to consolidate and streamline briefing to avoid the duplication that might otherwise result from separate cross-motions.

Dated: March 9, 2023

Respectfully Submitted,

DLA PIPER LLP (US)

By:     */s/ Peter Karanjia*
    Peter Karanjia (admitted *pro hac vice*)
    Melanie Walker (CA State Bar No. 294841)

    Attorneys for Plaintiff
    MetroPCS California, LLC

CALIFORNIA PUBLIC UTILITIES
COMMISSION, LEGAL DIVISION

By:     */s/ Enrique Gallardo*
    Enrique Gallardo (CA State Bar No. 191670)

    Attorneys for Defendants Alice Reynolds, Commissioner and President of the California Public Utilities Commission, Genevieve Shiroma, Darcie Houck, John Reynolds, and Karen Douglas, Commissioners of the California Public Utilities Commission

| | |
|---|---|
| 1 | **ATTESTATION** |
| 2 | I, Peter Karanjia, an ECF User whose ID and password are being used to file this JOINT |
| 3 | STATEMENT PURSUANT TO MARCH 2, 2023 ORDER, in compliance with N.D. Cal. Civil |
| 4 | Local Rule 5-1(i)(3), hereby attest that counsel for Defendants Alice Reynolds, President and |
| 5 | Commissioner of the California Public Utilities Commission, and Genevieve Shiroma, Darcie |
| 6 | Houck, John Reynolds, and Karen Douglas, Commissioners of the California Public Utilities |
| 7 | Commission, has concurred with this filing. |
| 8 | Dated: March 9, 2023 |

DLA PIPER LLP (US)

By:   */s/ Peter Karanjia*
    Peter Karanjia (admitted *pro hac vice*)
    Attorneys for Plaintiff MetroPCS California, LLC