# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  July 20, 2023                                    Judge:  Hon. James Donato

Time:  57 Minutes

Case No.        **3:17-cv-05959-JD**
Case Name       **MetroPCS California, LLC v. Batjer et al**

Attorneys for Plaintiff:          Melanie Walker and Peter Karanjia
Attorneys for Defendants:         Hien Vo Winter, Enrique Gallardo, and David W. Fermino

Court Reporter:  Jennifer Coulthard

Deputy Clerk:  Lisa Clark

### PROCEEDINGS

Closing arguments -- Held

### NOTES AND ORDERS

The Court takes closing arguments for the bench trial, and the matter is submitted.